Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn L. Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya R. Sorensen (State Bar No. 250722)
 *maya.sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, FRESNO POLICE OFFICERS DEREK MONTGOMERY, STEPHEN FLICK and ANTONIO NIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SOFIA AYALA<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE OFFICERS DEREK MONTGOMERY, STEPHEN FLICK and ANTONIO NIETO<br><br>Defendants. | Case No. 1:21-cv-00612-DAD-SKO<br>*[Assigned to the Hon. Ana de Alba and Magistrate Judge Shelia K. Oberto]*<br><br>**STIPULATION AND ORDER RE JOINT REQUEST FOR CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>(Doc. 33)<br><br>Complaint Filed:  April 12, 2021<br>Trial Date:  TBD |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiff PAULA SOFIA AYALA ("Plaintiff") and defendants FRESNO POLICE OFFICERS DEREK MONTGOMERY, STEPHEN FLICK, and ANTONIO NIETO ("Defendants") – the parties – hereby stipulate for the purpose of jointly requesting that the Honorable

4879-6574-0597.1

**STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES; ORDER**

Court enter an order continuing expert discovery cutoff.

**GOOD CAUSE STATEMENT.**

1. The parties exchanged expert disclosures on May 19, 2023.

2. Since that time, plaintiff took the deposition of defendants' expert and defendants served notices of taking the deposition of plaintiff's expert and will take that deposition on July 18, 2023.

3. Defendants noticed and subpoenaed plaintiff's non retained expert Charlie Padow for July 14, 2023, 2:00 p.m. Charlie Padow was properly served.

4. On July 14, 2023 at around 2:15 p.m., counsel for defendants called the officer where Mr. Padow works and left a message letting him know he was supposed to sit for a deposition.

5. Mr. Padow returned the phone call and stated he had not received the subpoena and was on vacation, but he would be in touch about when he could sit for the deposition.

6. Since that time, defense counsel has been in touch with the risk manager for Mr. Padow's office. The risk manager represented that they would need to assign counsel for Mr. Padow before he could sit for his deposition. The risk manager stated that he would not be able to sit for his deposition before July 21, 2023.

7. To provide Mr. Padow enough time to obtain counsel through his job so he can sit for the deposition, out of an abundance of caution, the parties are requesting an extension of the expert discovery deadline until August 31, 2023 for the purpose of deposing Mr. Padow.

8. This is the second request the parties have made to extend part of the scheduling order.

///
///
///

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

9. In light of the foregoing Good Cause, the parties hereby stipulate and respectfully request a continuance of the Court's scheduling order as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Expert Discovery | July 21, 2023 | August 31, 2023 |

10. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED:  July 18, 2023          **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:     /s/ Maya R. Sorensen
                                   Mildred K. O'Linn, Esq.
                                   Lynn L. Carpenter, Esq.
                                   Maya R. Sorensen , Esq.
                                   Attorneys for Defendants, FRESNO
                                   POLICE OFFICERS DEREK
                                   MONTGOMERY, STEPHEN FLICK and
                                   ANTONIO NIETO

DATED:  July 18, 2023          **LAW OFFICE OF KEVIN G. LITTLE**


                               By:     /s/ Kevin G. Little
                                   Kevin G. Little, Esq.
                                   Attorneys for Plaintiff, PAULA SOFIA
                                   AYALA

# **ORDER**

Based on the foregoing stipulation (Doc. 33), and for good cause shown, the current case schedule (*see* Doc. 24) is hereby MODIFIED as follows: the expert discovery deadline is hereby EXTENDED to August 31, 2023, and, in order to ensure expert discovery is completed beforehand, the non-dispositive motion filing deadline is hereby EXTENDED to September 6, 2023.[1]  All other dates remain as set.

IT IS SO ORDERED.

Dated:   **July 19, 2023**                            /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The non-dipositive hearing date is governed by E.D. Cal. Local Rule 230.

4

**STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES; ORDER**